■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND KNOWINGS, Appellant.—Judgment, Supreme Court, Bronx County (Joan Sudolnik, J.), rendered on February 23, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Asch and Wallach, JJ.

■ CECILIA N. MICKEY, Individually and as Parent and Natural Guardian of DANIELLE I. MICKEY, an Infant, Respondent, v JOHN J. CONLEY et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on December 30, 1985, unanimously affirmed. Plaintiffs are directed to make the payment pursuant to said order on or before January 2, 1987. Respondents shall recover of appellants $50 costs and disbursements of this appeal. No opinion. Concur—Sandler, J. P., Ross, Lynch, Milonas and Ellerin, JJ.

■ In the Matter of ANTHONY CHIRCHIRILLO, Appellant, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), entered on October 21, 1985, unanimously vacated as one made in excess of jurisdiction, and this court having considered all issues in this proceeding as if the matter had been properly transferred in the first instance, the determination of the respondent Commissioner dated June 21, 1984 is unanimously confirmed, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Ross, Lynch, Milonas and Ellerin, JJ.